# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1081

_____

Kenneth Royal,

                Appellant,

    v.

Young, Dr., Pine Bluff Work Complex, ADC; Taylor, Dr., Pine Bluff Work Complex, ADC; Chang Lee, Dr., East Arkansas Regional Unit, ADC; Hartman, Dr., North Central Unit, ADC; Cherry Case, Manager, North Central Unit, ADC; Curddle, Nurse, North Central Unit, ADC,

                Appellees.

Appeal from the United States District Court for the Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: May 7, 2004

Filed: May 17, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Former Arkansas inmate Kenneth Royal appeals the district court's[*] preservice dismissal without prejudice of Royal's 42 U.S.C. § 1983 action for failure to exhaust his administrative remedies. The dismissal occurred after Royal moved for dismissal without prejudice and for transfer to a state court, a transfer the district court lacked authority to grant. Because there is no arguable basis for Royal's appeal, see Newhouse v. McCormick & Co., 130 F.3d 302, 305 (8th Cir. 1997) (defining frivolousness), we dismiss this appeal as frivolous, and the dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

_____

[*]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.